# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0513.  RITA REYNA MARTINEZ CABRERA v. JUAN GALLEGOS CARBAJAL.**

Rita Reyna Martinez Cabrera (Wife) filed a complaint for divorce from Juan Gallegos Carbajal (Husband).  She later filed a motion for judgment on the pleadings, citing that an order authorizing service by publication had been entered on January 26, 2017, and further alleging that notice had since been duly published.  Thereafter, the trial court entered an "Order Invalidating Publication Service and Vacating Order for Publication Entered January 26, 2017," explaining that jurisdiction over Husband had not been established.  From that order, Wife filed the instant application for discretionary appeal.  We lack jurisdiction.

Ordinarily, a party seeking to appeal an order in a domestic relations case must file an application for discretionary appeal.  See OCGA § 5-6-35 (a) (2).  But where, as here, the case remains pending in the trial court, the party must follow the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991).  Because Wife did not

do so, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  *07/13/2017*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*